**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Clinton J. Fuchs*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4893*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3091*<br>*TTY/TDD: 410-962-4462* |

June 12, 2012

Honorable Catherine C. Blake
United States District Court
101 West Lombard Street,
Baltimore, Maryland 21201

    Re:    Status Report in
            *United States v. Hawkins*
            Crim. No. CCB 06cr583

Dear Judge Blake:

      In February 2008, the Defendant, Collin Hawkins was tried and found guilty of carjacking, use of a firearm in furtherance of a crime of violence (the "924(c) charge") and possession of a firearm by a felon. Mr. Hawkins was subsequently sentenced to a 360 month term of imprisonment.

      On appeal, Mr. Hawkins's conviction for being a felon in possession of a firearm was affirmed, however, his convictions for carjacking and the 924(c) charge were vacated. The Circuit Court also vacated Hawkins's sentence as to all three counts.

      In May 2010, Mr. Hawkins was charged in the Western District of Virginia (case number 10cr0004) with, among other things, riot and mutiny in a Federal Bureau of Prison facility. Mr. Hawkins was found guilty after trial and on May 22, 2012, was sentenced to a 188 month term of imprisonment.

      As Mr. Hawkins has now been sentenced in case number 10cr0004, the Government is prepared to proceed to resentencing for his felon in possession conviction in CCB 06cr583. The Government does not intend to proceed on the carjacking or the 924(c) charge (Counts 1 and 2) and those charges will be dismissed in the near future.

     Should you have any questions or concerns, please feel free to contact me at your convenience.

                               Respectfully submitted,

                               Rod J. Rosenstein
                               United States Attorney

                    By:_____/s/_____
                               Clinton J. Fuchs
                               Assistant United States Attorney
                               36 South Charles Street
                               Fourth Floor
                               Baltimore, Maryland 21201

cc: Michael Lawlor, Esq. Counsel for the Defendant