# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America

v.

Colin Hawkins

Case No. 1:06-cr-00583-CCB-1

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 29 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Motion To Continue - Ends Of Justice

COMES NOW, Colin Hawkins, defendant, hereby moves this honorable court for a continuance of his sentencing which is presently scheduled for December 17, 2012.

In support of said motion, defendant states that a Petition For Writ of Error Coram Nobis is currently being filed in District Court by counsel and that defendant is currently awaiting to re-review the original P.S.I. to determine if any objections are necessary.

WHEREFORE, defendant, respectfully request this honorable court GRANT his motion.

This 23rd day of November, 2012      Respectfully Submitted,

Colin Hawkins

06-cr-00583-CCB   Document 106   Filed 11/29/12



Cold Hawkins #F08046
401 E. Madison St.
Baltimore, MD 21202

Legal Mail

Legal Mail

U.S. District Court
Office of the Clerk
101 W. Lombard St.
Baltimore, MD 21201